## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### PORTLAND    DIVISION

*Kevin Keay*

_____

*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

*Home forward Case*
*GSL Properties*

_____

*(Enter full name of ALL defendant(s))*

Defendant(s).

**Civil Case No.** 3:15-cv-01812-BR

*(to be assigned by Clerk of the Court)*

**COMPLAINT**

Jury Trial Demanded

☒ Yes      ☐ No

*15CV1365 (Link)*

## I.  PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: *Kevin Keay*

Street Address: *650 NW Irvine*

City, State & Zip Code: *Portland Oregon 97209*

Telephone No. *503-919-5856*

**Defendant No. 1**

*please Link cases*

Name: *Home forward,* 15CV 1365

Street Address: *135 ASH Street*

City, State & Zip Code: *Portland OREGON 97204*

Telephone No. _____

**Defendant No. 2**

Name: *GSL Properties*

Street Address: *2164 Sw PARK Place*

City, State & Zip Code: *Portland 97205*

Telephone No. *503-224-0200*

**Defendant No. 3**

Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 4**

Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

## II. JURISDICTION

*Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.*

A.    What is the basis for federal court jurisdiction (*check all that apply*)

☑ Federal Question          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or treaty right is at issue?

*1968 Federal Discrimination Act*

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state of citizenship *Kevin Keay*

Defendant(s) state(s) of citizenship *GSL properties / Home Forward*

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case.  Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result.  It is not necessary to give any legal arguments or cite any cases or statutes.*

*Home forward owns the yards at Union Station where I aplied for reasonable accomodations but was illegally denied and discriminated by GSL company thich management group. This fals under the 1968 Disabilities Act*

## Claim II

*State here as briefly as possible the _facts_ of your case.  Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result.  It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Claim III

*State here as briefly as possible the _facts_ of your case.  Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result.  It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(If you have additional claims, describe them on another piece of paper, using the same outline.)**

## IV.   RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I wish for full Relief from those companies AND for the HuD group or other Agency Help me find Housing AS I Am Now on the streets Homeless as A Direct Acts AGAINst me

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8TH day of September, 20 15.

Kevin M Keal

*(Signature of Plaintiff(s))*

COMPLAINT
Revised:  July 20, 2010

Page 5