# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **KEVIN M. KEAY**<br>**Plaintiff(s),**<br><br>**v.**<br><br>**HOME FORWARD, et al.**<br>**Defendant(s).** | Case No.: 3:15–cv–01812–BR<br><br>**ORDER CONDITIONALLY APPOINTING PRO BONO COUNSEL FOR ALL PURPOSES** |

    The Court, on its own motion, hereby conditionally appoints Troy Garrett Sexton as counsel of record for all purposes.

    Within 14 days of the date of this Order, the appointed attorney/law firm must file the Pro Bono Appointment Response Form with the Court with the appropriate option checked.

    If representation is denied due to a conflict of interest or other specified reason, the appointment will be terminated and the Court may appoint substitute counsel.

    For more information regarding pro bono forms, procedures, reimbursement of costs, or obtaining a pro bono civil rights mentor attorney, please refer to the Pro Bono Program Procedures document located on the Court's website or contact the Pro Bono Panel Administrator.

**DATED** this 2nd day of December, 2015    /s/Anna J. Brown

                                                               Honorable Anna J. Brown<br>
                                                               U.S. District Court Judge

Kevin M. Keay

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**KEVIN M. KEAY**
**Plaintiff(s),**

v.

**HOME FORWARD, et al.**
**Defendant(s).**

Case No.: 3:15–cv–01812–BR

**PRO BONO APPOINTMENT RESPONSE FORM**

_____ / _____

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Kevin M. Keay for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

_____

_____

**DATED** this _____ day of _____ _____.

_____
Signature

_____
Printed Name and Oregon State Bar No.